■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGAN RIFAS, Appellant. — Appeal by defendant, as limited by his brief, from three resentences of the Supreme Court, Kings County (Vetrano, J.), all imposed January 24, 1980. Resentences affirmed (cf. *People v Suitte,* 90 AD2d 80). Mollen, P. J., Thompson, Rubin and Boyers, JJ., concur.